UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

Plaintiff,

v.

DICONIA LLC; BRIAN TIBBETS; BREK A. PILLING; and 0.15 ACRES OF LAND, More or Less, located in Cassia County, Idaho,

Defendants.

Case No. 4:25-cv-00007-AKB

**FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANTS DICONIA, LLC AND 0.15 ACRES OF LAND**

It is hereby ORDERED that Plaintiff United States of America's motion for default judgment be granted. Judgment is hereby entered in favor of the United States and against Defendants Diconia, LLC and 0.15 Acres of Land, in the amount of:

- $ 973,540.74 representing all unreimbursed response costs incurred by the United States at the Burley Demolition Asbestos Site, City of Burley, Idaho, through January 7, 2025; and
- Post-judgment interest under 28 U.S.C. § 1961 on the foregoing amounts.

It is hereby FURTHER ORDERED, in accordance with section 113(g)(2) of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9613(g)(2), that Defendants Diconia, LLC and 0.15 Acres of Land are each jointly and severally

liable for all further costs incurred by the United States not inconsistent with the National Contingency Plan in response to the Burley Asbestos Superfund Site.

**DATED:** January 12, 2026

Amanda K. Brailsford
U.S. District Court Judge