Mae Bowen, DC Bar No. 1725031
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-3345
Email: mae.bowen@usdoj.gov

Bart M. Davis, Idaho State Bar No. 2696
United States Attorney
Christine G. England, Idaho State Bar No. 11390
Assistant United States Attorney
District of Idaho
1290 W. Myrtle St. Suite 500
Boise, ID 83702-7788
Telephone: (208) 334-1211
Email: Christine.England@usdoj.gov

*Attorneys for Plaintiff, United States of America*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DICONIA LLC; BRIAN TIBBETS; BREK A. PILLING; and 0.15 ACRES OF LAND, More or Less, located in Cassia County, Idaho, <br><br> Defendants. | Civil Action No. 4:25-cv-00007-AKB <br><br> NOTICE OF LODGING CONSENT DECREE WITH BREK PILLING |

### NOTICE OF LODGING CONSENT DECREE

Consistent with 42 U.S.C. § 9622(d)(2), 28 C.F.R. § 50.7 and Paragraph 33 of the attached

proposed Consent Decree ("Decree"), the United States lodges the proposed Decree, which if

entered would resolve the claims that the United States brought in the complaint filed on January 7, 2025 against the Defendant Brek Pilling ("Defendant") in this matter. The Consent Decree has been approved and signed by the United States and the Defendant. The United States is required by law to invite the public to comment on the proposed Decree for a period of thirty (30) days before determining whether to seek judicial approval of it. The public comment period will begin upon publication of a notice in the Federal Register, which we expect will occur shortly. Upon expiration of that comment period, the United States will review any comments submitted and determine whether they disclose facts or considerations indicating that the proposed Decree is inappropriate, improper, or inadequate. If not, the United States will file a motion to enter the Consent Decree as a final judgment. **The United States therefore requests that the Court take no action with respect to the proposed Consent Decree at this time, unless and until the public comment period has expired and the United States moves for entry of the Consent Decree or otherwise advises the Court.**

Dated: May 18, 2026

Respectfully Submitted,

/s/ *Mae Bowen*

MAE BOWEN (DC #1725031)
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
(202) 532-3345
mae.bowen@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2026, I caused a true and correct copy of the foregoing Notice and attachment to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record herein. I also caused the above documents to be sent via email to Defendant Brian Tibbets at btibbets@gmail.com, a means consented to in writing.

/s/ Mae Bowen
MAE BOWEN (DC #1725031)
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 532-3345
mae.bowen@usdoj.gov