Mae Bowen, DC Bar No. 1725031
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-3345
Email: mae.bowen@usdoj.gov

Bart M. Davis, Idaho State Bar No. 2696
Acting United States Attorney
Christine G. England, Idaho State Bar No. 11390
Assistant United States Attorney
District of Idaho
1290 W. Myrtle St. Suite 500
Boise, ID 83702-7788
Telephone: (208) 334-1211
Email: Christine.England@usdoj.gov

*Attorneys for Plaintiff, United States of America*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DICONIA LLC; BRIAN TIBBETS; BREK A. PILLING; and 0.15 ACRES OF LAND, More or Less, located in Cassia County, Idaho,<br><br>Defendants. | Civil Action No. 4:25-cv-00007-AKB<br><br>NOTICE OF NON-MATERIAL MODIFICATION TO CONSENT DECREE WITH BRIAN TIBBETS (DKT. NO. 61) |

**NOTICE OF NON-MATERIAL MODIFICATION TO CONSENT DECREE WITH BRIAN TIBBETS (DKT. NO. 61)**

The United States of America hereby provides notice to this Court of the attached Non-Material Modification to the Consent Decree with Brian Tibbets (Dkt. No. 61), approved and entered by the Court on July 9, 2026 in the above-captioned case. This Non-Material Modification confirms in a signed writing the Parties' agreement that clarifies that the schedule on which Mr. Tibbets will make payments does not begin until after the Effective Date of the Consent Decree by making certain changes to the language of Paragraph 5 and Appendix B. No action is required by the Court.

Dated: July 22, 2026.

Respectfully Submitted,

/s/ *Mae Bowen*

MAE BOWEN (DC #1725031)
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
(202) 532-3345
mae.bowen@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 22, 2026, I caused a true and correct copy of the foregoing Notice and attachment to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record herein. I also caused the above documents to be sent via email to Defendant Brian Tibbets at btibbets@gmail.com, a means consented to in writing.

*/s/ Mae Bowen*

MAE BOWEN (DC #1725031)
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 532-3345
mae.bowen@usdoj.gov